1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| SAUL DELEON, individually, and on behalf of other members of the general public similarly situated, | **CASE NO. CV 09-2438 AG (RNBx)** |
| | **CLASS ACTION** |
| Plaintiff, | |
| vs. | |
| TIME WARNER CABLE LLC, a Delaware limited liability company; TIME WARNER CABLE, INC., a Delaware corporation; TIME WARNER CABLE SERVICES LLC, a Delaware limited liability company; and TIME WARNER CABLE SHARED SERVICES, a business entity form unknown, | **[JUDGMENT** |
| Defendants. | |

CV 09-2438
[PROPOSED] JUDGMENT

SanDiego 49946.1

This action came on for hearing before the Court on April 12, 2010, the Honorable Andrew J. Guilford, District Judge, presiding, on the motion of Defendants Time Warner Cable LLC, Time Warner Cable Inc., Time Warner Cable Services LLC, and Time Warner Cable Shared Services (collectively "Defendants") for summary judgment.

The evidence presented having been fully considered, the issues having been heard and a decision having been rendered granting the motion, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Saul Deleon ("Plaintiff") take nothing, that judgment on the merits is hereby entered in favor of Defendants and against Plaintiff, and that Plaintiff's Second Amended Complaint is dismissed with prejudice for the reasons set forth in the Court's Order Granting Defendants' Motion for Summary Judgment (Docket Entry No. 68).

This  11th  day of  May,  2010.

_____
Hon. Andrew J. Guilford
United States District Judge